**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS, et al., | No. C-03-1918 SC |
| Plaintiffs, | |
| v. | ORDER RE: REMOVAL <u>FROM MEDIATION</u> |
| CAL WRECKING, INC., et al., | |
| Defendants. | |

Pursuant to developments in the record, the Court hereby orders this matter removed from Court-sponsored Mediation.

IT IS SO ORDERED.

Dated: July <u>11</u>, 2005

<u>      /s/ Samuel Conti      </u>
UNITED STATES DISTRICT JUDGE