1 | James P. Watson, SBN 46127
Andrea J. Kirkpatrick, SBN 229363
2 | STANTON, KAY & WATSON, LLP
101 New Montgomery Street, 5th Floor
3 | San Francisco, CA  94105-3612
Telephone:  415-512-3501
4 | Facsimile:  415-512-3515

5 | Attorneys for Plaintiffs

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | (SAN FRANCISCO HEADQUARTERS)

11

| KEN WALTERS, DON DOSER, in their | Case No.:  C 03-1918 SC |
| respective capacities as Trustees of the | |
| OPERATING ENGINEERS HEALTH AND | NOTICE OF SUBSTITUTION OF |
| WELFARE TRUST FUND FOR NORTHERN | ATTORNEY |
| CALIFORNIA, et al. | |
| | |
| Plaintiffs, | ORDER |
| | |
| vs. | |
| | |
| CAL WRECKING, INC., et al., | |
| | |
| Defendants. | |

19

20        Plaintiffs Ken Walters and Don Doser, in their respective capacities as Trustees of the

21 Operating Engineers Health and Welfare Trust Fund for Northern California hereby substitutes

22 James P. Watson, Esq. and Andrea J. Kirkpatrick, Esq. of Stanton, Kay & Watson, LLP, 101 New

23 Montgomery, 5th Floor, San Francisco, CA 94105, as counsel of record for plaintiffs in the above-

24 captioned matter in place of Tracy L. Mainguy, Esq., 1620 South Loop Road, Alameda, CA 94502.

25 / / /

26 / / /

27 / / /

28 / / /

NOTICE OF SUBSTITUTION OF ATTORNEY

Substitution of Atty (9.21.05)

1  I consent to the foregoing substitution.

2  DATED:  September 6, 2005                    TRUST FUND FOR OPERATING ENGINEERS

3

4                                               By: _Wayne Orbrich_____
                                                Title: _Collect Manager_____
5

6

7  I consent to the foregoing substitution.

8  DATED:  September ___, 2005                  OPERATING ENGINEERS LOCAL 3 TRUST
                                                FUND-MULTI-SERVICES
9

10                                              By:_____
                                                   Tracy L. Mainguy, Esq.
11

12  The foregoing substitution is accepted.

13

14

15  DATED:  September ___, 2005                 STANTON, KAY & WATSON, LLP

16

17                                              By:_____
                                                   Andrea J. Kirkpatrick
18                                                 Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF ATTORNEY

1  I consent to the foregoing substitution.

2  DATED: September __, 2005            TRUST FUND FOR OPERATING ENGINEERS

3

4                                       By:_____
                                        Title:_____
5

6
   I consent to the foregoing substitution.
7
   DATED: September 16, 2005            OPERATING ENGINEERS LOCAL 3 TRUST
8                                       FUND-MULTI-SERVICES

9
                                        By: _____
10                                          Tracy L. Mainguy, Esq.

11

12 The foregoing substitution is accepted.

13

14
   DATED: September 19, 2005            STANTON, KAY & WATSON, LLP
15

16
                                        By: _____
17                                          Andrea J. Kirkpatrick,
                                            Attorneys for Plaintiffs
18

19

20

21

22

23

24

25

26

27

28

-2-

NOTICE OF SUBSTITUTION OF ATTORNEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Samuel Conti
9/22/05

**PROOF OF SERVICE**

CASE NAME:       *Ken Walters, et al. v. Cal Wrecking, et al.*
CASE NUMBER:     United States District Court, Northern District of California
                 No. C-03-1918 SC

     I am a citizen of the United States and a resident of the State of California.  I am over the age of 18 and not a party to the within action.  My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California  94105.

     On September 22, 2005, I served the following document(s) described as:

**NOTICE OF SUBSTITUTION OF ATTORNEY**

on the following party/parties:

| | |
|---|---|
| **Ronald Rubenstein**<br>**3260 Blume Drive, Suite 410**<br>**Richmond, CA  94806** | **John Joseph Zolczynski**<br>**20676 Jerusalem Grade**<br>**Lower Lake, CA  95457** |

**X**    (BY MAIL) with postage thereon fully prepaid in the designated area for outgoing mail.  I am readily familiar with STANTON, KAY & WATSON's practice of collection and processing correspondence whereby mail is sealed,  given the appropriate postage and placed in a designated mail collection area.  Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

     I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on **September 22, 2005** at San Francisco, California.

Chris Coopey

NOTICE OF SUBSTITUTION OF ATTORNEY

Substitution of Atty (9.21.05)