1  James P. Watson, SBN 46127
   Anne Bevington, SBN 111320
2  STANTON, KAY & WATSON, LLP
   101 New Montgomery Street, 5th Floor
3  San Francisco, CA 94105-3612
   Telephone: 415-512-3501
4  Facsimile: 415-512-3515

5  Attorneys for Plaintiffs

6

7

8                        UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                       (SAN FRANCISCO HEADQUARTERS)

11

| | |
|---|---|
| KEN WALTERS, DON DOSER, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al. | Case No.: C 03-1918 SC |
| Plaintiffs, | REQUEST FOR DISMISSAL, CONSENT BY DEFENDANTS, AND ORDER THEREON |
| vs. | |
| CAL WRECKING, INC., et al., | |
| Defendants. | |

20     In light of the bankruptcy of defendant Cal Wrecking, Inc., plaintiffs hereby request that this

21  action be dismissed without prejudice, each party to bear his, her or its own costs and attorneys'

22  fees.

23

24  DATED: June 5, 2006                    STANTON, KAY & WATSON, LLP

25

26                                          By: *Anne Bevington*
                                                Anne Bevington
27                                              Attorneys for Plaintiffs
                                                KEN WALTERS, et al.

28

REQUEST FOR DISMISSAL, CONSENT BY DEFENDANTS, AND ORDER THEREON

1       CONSENT IS HEREBY GIVEN to plaintiffs' request for dismissal.

2   DATED: June 8, 2006           RONALD A. RUBENSTEIN, ESQ.

3

4

5                           Ronald A. Rubenstein
                          Attorney for Defendants
                          CAL WRECKING, INC., et al.

6

7       IT IS SO ORDERED.

8   DATED:   June 8, 2006

9

10                     HON. S_____ IT IS SO ORDERED
                    UNITED _____ JUDGE
                          Judge Samuel Conti

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR DISMISSAL, CONSENT BY DEFENDANTS, AND ORDER THEREON